```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12725
   NEDRA K WASHINGTON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-6181

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/17/2007 and was confirmed 08/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 03/25/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CITICORP TRUST BANK      CURRENT MORTG          .00            .00            .00
CITICORP TRUST BANK      MORTGAGE ARRE      2028.69            .00        2028.69
CITICORP TRUST BANK      SECURED NOT I   NOT FILED             .00            .00
CITICORP TRUST BANK      SECURED NOT I   NOT FILED             .00            .00
CITICORP TRUST BANK      SECURED NOT I   NOT FILED             .00            .00
B-REAL LLC               UNSEC W/INTER      1065.84          40.87        1065.84
CHASE CARDMEMBER SERVICE UNSEC W/INTER   NOT FILED             .00            .00
RESURGENT CAPITAL SERVIC UNSEC W/INTER       288.21          13.51         288.21
ANTHONY M O'QUINN        NOTICE ONLY     NOT FILED             .00            .00
ANTHONY M O'QUINN        NOTICE ONLY     NOT FILED             .00            .00
DAVID C TOKOPH & ASSOC   DEBTOR ATTY           .00                            .00
TOM VAUGHN               TRUSTEE                                           266.05
DEBTOR REFUND            REFUND                                            572.11

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   4,275.28

PRIORITY                                              .00
SECURED                                          2,028.69
UNSECURED                                        1,354.05
    INTEREST                                        54.38
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               266.05
DEBTOR REFUND                                      572.11
                       ---------------      ---------------
TOTALS                    4,275.28               4,275.28
```

PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 12725 NEDRA K WASHINGTON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 06/26/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```